**Cairo D. RODRIGUEZ, Plaintiff—Appellant,**

v.

**CITY OF LOS ANGELES, a Municipality, Defendant,**

and

**Lee Zorne, individually; et al., Defendants—Appellees.**

No. 02–56774.

D.C. No. CV–99–13441–ABC.

United States Court of Appeals, Ninth Circuit.

Submitted June 13, 2003.*

Decided Aug. 4, 2003.

Before SKOPIL, FERGUSON, and BOOCHEVER, Circuit Judges.

MEMORANDUM**

Cairo D. Rodriguez appeals from the district court's grant of summary judgment in favor of the City of Los Angeles, dismissing his second amended complaint alleging discrimination, violation of civil rights, racketeering, and other claims. We have jurisdiction under 28 U.S.C. § 1291, and our review is de novo. *See Weiner v. San Diego County,* 210 F.3d 1025, 1028 (9th Cir.2000).

For the reasons set forth in the district court's comprehensive order entered on June 25, 2002, we **affirm** the summary judgment.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

